Case No. 12-12386-EE

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## In re: CHECKING ACCOUNT OVERDRAFT LITIGATION:

Shane Swift,
on behalf of himself and all others similarly situated,
Plaintiff-Appellee,

v.

BancorpSouth, Inc.,
Defendant-Appellant.

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 1:09-MD-2036-JLK
Secondary Case No. 1:10-CV-23872-JLK

---

## APPELLANT'S UNOPPOSED MOTION TO
## VOLUNTARILY DISMISS APPEAL WITH PREJUDICE

---

Eric Jon Taylor, Esq.
William J. Holley, II, Esq.
David B. Darden, Esq.
Darren E. Gaynor, Esq.

Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

Attorneys for Defendant-Appellant

# CORPORATE DISCLOSURE STATEMENT
# AND CERTIFICATE OF INTERESTED PERSONS

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Defendant-Appellant BancorpSouth Bank[1] ("BancorpSouth") certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- BancorpSouth Bank (Defendant-Appellant)

- BancorpSouth, Inc. (NYSE ticker symbol: BXS) (Defendant-Appellant and parent company of Defendant-Appellant BancorpSouth Bank)

- Baron & Budd, P.C. (counsel Plaintiff-Appellee Swift)

- Bruce S. Rogow, P.A. (counsel Plaintiff-Appellee Swift)

- Buckner, David M. (counsel Plaintiff-Appellee Swift)

- Budd, Russell W. (counsel Plaintiff-Appellee Swift)

- Burbank, Dodson & Barker PLLC (counsel for Defendant-Appellant BancorpSouth)

---

[1] BancorpSouth, Inc. was not a proper party below. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant-appellant herein as BancorpSouth Bank in his Second Amended Complaint (S.D. Fla. DE # 994).

- Burbank, Gary R. (counsel for Defendant-Appellant BancorpSouth)

- Chitwood Harley Harnes, LLP (counsel Plaintiff-Appellee Swift)

- Cox, Cox & Estes PLLC (counsel for Defendant-Appellant BancorpSouth)

- Cox, Walter B. (counsel for Defendant-Appellant BancorpSouth)

- Crowder, William T. (counsel for Melvin L. Thomas III and Billy D. Lawson, Jr., and class counsel for a certified class pending in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Darden, David B. (counsel for Defendant-Appellant BancorpSouth)

- Dawson, Robert T., Judge, United State District Judge for the Western District of Arkansas

- Elias, Jordan (counsel Plaintiff-Appellee Swift)

- Emerson, John G. (counsel for Melvin L. Thomas III and Billy D. Lawson, Jr., and class counsel for a certified class pending in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Emerson Poynter LLP (counsel for Melvin L. Thomas III and Billy D. Lawson, Jr., and class counsel for a certified class pending in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Ferguson, David L. (counsel Plaintiff-Appellee Swift)

- Gaynor, Darren E. (counsel for Defendant-Appellant BancorpSouth)

- Gilbert, Robert C. (counsel Plaintiff-Appellee Swift)

- Golomb & Honik, P.C. (counsel Plaintiff-Appellee Swift)

- Gravante, III, John (counsel Plaintiff-Appellee Swift)

- Grossman Roth, P.A. (counsel Plaintiff-Appellee Swift)

- Grossman, Stuart Z. (counsel Plaintiff-Appellee Swift)

- Grunfield, Kenneth J. (counsel Plaintiff-Appellee Swift)

- Hacker, Sara C. (counsel Plaintiff-Appellee Swift)

- Heller, Roger N. (counsel Plaintiff-Appellee Swift)

- Holley, II, William J. (counsel for Defendant-Appellant BancorpSouth)

- Honik, Ruben (counsel Plaintiff-Appellee Swift)

- Jennings, Christopher D. (counsel for Melvin L. Thomas III and Billy D. Lawson, Jr., and class counsel for a certified class pending in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Josefberg, Robert C. (counsel Plaintiff-Appellee Swift)

- Kaplan, Darren T. (counsel Plaintiff-Appellee Swift)

- King, James Lawrence, Judge, United States District Judge for the Southern District of Florida

- Klase, Matthew C. (counsel Plaintiff-Appellee Swift)

- Kopelowitz Ostrow Ferguson Weiselberg Keechl (counsel Plaintiff-Appellee Swift)

- Lawson, Jr., Billy D. (plaintiff in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Lemond, Jr., G. Franklin (counsel Plaintiff-Appellee Swift)

- Lieff Cabraser Heimann & Bernstein L.L.P. (counsel Plaintiff-Appellee Swift)

- Marks, Steven C. (counsel Plaintiff-Appellee Swift)

- McGaha, Corey D. (counsel for Melvin L. Thomas III and Billy D. Lawson, Jr., and class counsel for a certified class pending in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Mickle, Stephan P., Judge, United State District Judge for the Northern District of Florida

- Miles, Seth E. (counsel Plaintiff-Appellee Swift)

- Olk, Barbara E. (counsel Plaintiff-Appellee Swift)

- Ostrow, Jeffrey M. (counsel Plaintiff-Appellee Swift)

- Parker, Hudson, Rainer & Dobbs LLP (counsel for Defendant-Appellant BancorpSouth)

- Podhurst, Aaron S. (counsel Plaintiff-Appellee Swift)

- Podhurst Orseck, P.A. (counsel Plaintiff-Appellee Swift)

- Poynter, Scott E. (counsel for Melvin L. Thomas III and Billy D. Lawson, Jr., and class counsel for a certified class pending in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Prieto, Peter (counsel Plaintiff-Appellee Swift)

- Rogow, Bruce S. (counsel Plaintiff-Appellee Swift)

- Rosenthal, Stephen F. (counsel Plaintiff-Appellee Swift)

- Sbaiti, Mazin A. (counsel Plaintiff-Appellee Swift)

- Scott, Thomas (counsel for Defendant-Appellant BancorpSouth and its counsel)

- Sobol, Michael W. (counsel Plaintiff-Appellee Swift)

- Steckler, Bruce W. (counsel Plaintiff-Appellee Swift)

- Stellings, David S. (counsel Plaintiff-Appellee Swift)

- Swift, Shane (Plaintiff-Appellee)

- Taylor, Eric Jon (counsel for Defendant-Appellant BancorpSouth)

- Thomas, III, Melvin L. (plaintiff in *Thomas v. BancorpSouth Bank*, 1:12-cv-01016-RTD (W.D. Ark.))

- Thomas & Hickey, L.L.P. (counsel for Defendant-Appellant BancorpSouth)

- Thomas, Jr., Floyd M. (counsel for Defendant-Appellant BancorpSouth)

- Trief & Olk (counsel Plaintiff-Appellee Swift)

- Trief, Ted E. (counsel Plaintiff-Appellee Swift)

- Von Borke, Brett E. (counsel Plaintiff-Appellee Swift)

- Webb, Adam E. (counsel Plaintiff-Appellee Swift)

- Webb, Klase & Lemond, L.L.C. (counsel Plaintiff-Appellee Swift)

- Weinshall, Matthew (counsel Plaintiff-Appellee Swift)

Pursuant to Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1, Defendant-Appellant moves this Court to voluntarily dismiss this appeal with prejudice. This Unopposed Motion to Voluntarily Dismiss Appeal is filed pursuant to the District Court's approval of an agreement between the parties and with the consent of Plaintiff's counsel and Plaintiffs' Executive Committee and Class Counsel. This appeal should be dismissed pursuant to Federal Rule of Appellate Procedure 42(b), with each party to bear its own costs per applicable Appellate Rules.

Respectfully submitted, this 15th day of November, 2012.

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Eric Jon Taylor*
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com
1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
*Counsel for Defendant-Appellant*
*BancorpSouth Bank*

1

**Consented to by:**

*/s/ Robert C. Gilbert*
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Telephone: (305) 442-8666
Facsimile: (305) 779-9596

*Coordinating Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **APPELLANT'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL WITH PREJUDICE** upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage, prepaid, addressed to counsel of record as follows:

**Jeffrey M. Ostrow**
**Jonathan M. Streisfeld**
Kopelowitz Ostrow Ferguson
Weiselberg Keechl
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, Florida 33301
ostrow@kolawyers.com
streisfeld@kolawyers.com

**Aaron S. Podhurst**
**Stephen F. Rosenthal**
Podhurst Orseck, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130
apodhurst@podhurst.com
srosenthal@podhurst.com

**Bruce S. Rogow**
Bruce S. Rogow, P.A.
500 E. Broward Boulevard, Suite 1930
Fort Lauderdale, Florida 33394
brogow@rogowlaw.com

**Robert C. Gilbert**
**David M. Buckner**
Grossman Roth, P.A.
2525 Ponce de Leon Boulevard, 11th Fl.
Coral Gables, Florida 33134
rcg@grossmanroth.com
dbu@grossmanroth.com

**E. Adam Webb**
**G. Franklin Lemond, Jr.**
Webb, Klase, & Lemond, LLC
1900 The Exchange SE, Suite 480
Atlanta, Georgia 30339
adam@webbllc.com
flemond@webbllc.com

This 15th day of November, 2012.

          */s/ Eric Jon Taylor*
          Eric Jon Taylor

2581987_1